**FILED**
June 24, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN D. SCHEMA,

    Defendant.

Case No.  2:22-po-00295-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOHN D. SCHEMA ,

Case No.  2:22-po-00295-AC , Charge 36 CFR 261.10(a), from custody for the following reasons:

   X   Release on Personal Recognizance

   _____   Bail Posted in the Sum of $ _____

       _____   Unsecured Appearance Bond $ _____

       _____   Appearance Bond with 10% Deposit

       _____   Appearance Bond with Surety

       _____   Corporate Surety Bail Bond

       _____   (Other):

Issued at Sacramento, California on June 24, 2025 at 2:45 PM.

By:  /s/ Allison Claire

Magistrate Judge Allison Claire