1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MEGAN T. HOPKINS , #294141
    Assistant Federal Defender
3   801 "I" Street, 3rd Floor
    Sacramento, CA 95814
4   916-498-5700
    Megan_Hopkins@fd.org
5

6   Attorney for Defendant
    JOHN D. SCHEMA

7

8

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,        )   CASE NO. 2:22-po-00295-AC
                                     )
13                  Plaintiff,       )   STIPULATION AND [~~PROPOSED~~] ORDER
                                     )   TO AMEND PRETRIAL MOTION
14          v.                       )   SCHEDULE AND SET TRIAL
                                     )
15  JOHN D. SCHEMA,                  )
                                     )   JUDGE:  Hon. Allison Claire
16                  Defendant.       )
                                     )
17  ─────────────────────────────   )

18          IT IS HEREBY STIPULATED between the parties, ZULKAR KHAN, Assistant United

19  States Attorney, counsel for the Plaintiff, and MEGAN T. HOPKINS, Assistant Federal Defender,

20  attorney for Defendant JOHN D. SCHEMA, that the pretrial motion schedule and hearing date be

21  amended as follows:

22          Pretrial Motions due by October 27, 2025

23          Oppositions due by November 10, 2025

24          Replies due by November 24, 2025

25          Motion Hearing on December 1, 2025 at 9:00 a.m.

26          Defense counsel is in the process of onboarding and training an incoming certified law

27  student extern who will be taking a lead role in pretrial litigation in this case, and the proposed

28

                                   -1-

amended briefing schedule will provide incoming student counsel with sufficient time to acquaint herself with the facts of the case and contribute to the research and writing of pretrial motions. In order to provide incoming student counsel with adequate time to participate in pretrial litigation, the parties request that the Court adopt the amended briefing schedule proposed above.

Additionally, the parties request that the Court set a trial date in this matter, to begin on February 2, 2026, at 9:00 a.m. The parties estimate that the trial will last one full day. The parties further propose the following schedule for motions *in limine*:

Motions *In Limine* to be filed by December 29, 2025

Oppositions to be filed by January 12, 2026

Motion Hearing on January 26, 2026 at 9:00 a.m.

Finally, the parties propose that the government's trial brief, and any trial brief filed by the defense, be submitted no later than January 19, 2026. Witness and Exhibit Lists shall be filed no later than January 19, 2026. The proposed trial schedule is mutually convenient for the parties and will help streamline motions *in limine* and relevant trial documents so that the parties can adhere to their trial time estimate or advise the Court of a revised estimate in advance of the trial date. This promotes efficiency and judicial economy, and therefore the parties request that the Court adopt the proposed schedule set forth above.

////

////

////

////

////

////

////

////

////

////

1

2    Dated: September 23, 2025                    Respectfully submitted,

3

4                                                HEATHER E. WILLIAMS
                                                 Federal Defender

5                                                /s/Megan T. Hopkins
                                                 MEGAN T. HOPKINS
6                                                Assistant Federal Defender
                                                 Attorney for Defendant
7                                                JOHN D. SCHEMA

8

9

10   Dated:  September 23, 2025

11                                               ERIC GRANT
                                                 United States Attorney
12
                                                 /s/ Zulkar Khan
13                                               ZULKAR KHAN
                                                 Assistant U.S. Attorney
14                                               Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1       IN THE UNITED STATES DISTRICT COURT

2       FOR THE EASTERN DISTRICT OF CALIFORNIA

3

4

5   UNITED STATES OF AMERICA,            )   CASE NO. 2:22-po-00295-AC
                                         )
        Plaintiff,                       )   [~~PROPOSED~~] ORDER
6                                        )   TO AMEND PRETRIAL MOTION
                                         )   SCHEDULE AND SET TRIAL
7       v.                               )
                                         )
8   JOHN D. SCHEMA,                      )
                                         )   JUDGE:  Hon. Allison Claire
        Defendant.                       )
9   _____ )

10

11                          **O R D E R**

12          IT IS SO ORDERED.  Based on the stipulation of the parties and good cause appearing

13  therefrom, the Court hereby orders the pretrial motion schedule and hearing date be amended as

14  follows:

15              Pretrial Motions due by October 27, 2025

16              Oppositions due by November 10, 2025

17              Replies due by November 24, 2025

18              Motion Hearing on December 1, 2025 at 9:00 a.m.

19

20          IT IS FURTHER ORDERED that a trial be set for February 2, 2026, at 9:00 a.m. All

21  motions *in limine* will be due by December 29, 2025, and any oppositions or statements of non-

22  opposition shall be filed by January 12, 2026. Motions *in limine* will be heard on January 26,

23  2026, at 9:00 a.m. All trial-related documents, including the government's trial brief, and both

24  parties' exhibit lists and witness lists, shall be filed by January 19, 2026.

25

26  Dated: September 23, 2025

27                                          ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE
28

                                   -4-