ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:22-PO-00295-AC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING BENCH TRIAL |
| v. | ) | |
| | ) | |
| JOHN D. SCHEMA, | ) | Judge: Hon. Allison Claire |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## **STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for Bench Trial on February 2, 2026.

2. By this Stipulation, the parties now move to continue the Bench Trial until March 16, 2026, at 9:00 a.m.

///

///

///

///

///

3.  Defense counsel was substituted in on December 15, 2025.  ECF 22.  This continuance allows new counsel sufficient time to prepare for the bench trial.

**IT IS SO STIPULATED.**

Dated:  January 29, 2026

ERIC GRANT
United States Attorney

By:  /s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated:  January 29, 2026

By:  /s/ MICHAEL HEUMANN
MICHAEL HEUMANN
Attorney for Defendant

## ORDER

IT IS SO FOUND AND ORDERED, this 29th day of January 2026.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Bench Trial          2          United States v. John Schema