LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
JOHN SCHEMA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOHN SCHEMA<br><br>                    Defendants. | Case No.: 2:22-po-00295 AC<br><br><br>STIPULATION REGARDING CONTINUANCE; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE: May 11, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Allison Claire |

**STIPULATION**

1.      By previous order, this matter was set for a status conference on May 11, 2026.

2.      By this stipulation, defendant moves to continue the trial date to August 24, 2026

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Counsel for defendant desires additional time to consult with their clients, to collect mitigation to present at sentencing, to review the current charges, to conduct investigation and research related to the charges, to review discovery in this matter, and to otherwise prepare for the hearing.

b)      Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c)      The government does not object to the continuance.

IT IS SO STIPULATED.

Dated:  May 8, 2026                                ERIC GRANT
                                                   United States Attorney


                                                   /s/ JUSTIN LEE
                                                   JUSTIN LEE
                                                   Assistant United States Attorney



Dated:  May 8, 2026                                /s/ MICHAEL HEUMANN
                                                   MICHAEL HEUMANN
                                                   Counsel for Defendant
                                                   JOHN SCHEMA


                              **[PROPOSED] ORDER**

        IT IS SO FOUND AND ORDERED this 8th day of May, 2026.


                                                   _____
                                                   ALLISON CLAIRE
                                                   UNITED STATES MAGISTRATE JUDGE


STIPULATION REGARDING EXCLUDABLE TIME                    2
PERIODS UNDER SPEEDY TRIAL ACT